UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOHN COULTER, III,

    Plaintiff,                                          Case No. 04-74983

v.                                                Honorable John Corbett O'Meara

THOMAS JACKSON, VINCENT BASTINE,
and CITY OF DETROIT,

    Defendants.
    _____/

**ORDER GRANTING DEFENDANTS' FEBRUARY 9, 2006 MOTION TO DISMISS**

    This matter came before the court on Defendants' February 9, 2006 motion to dismiss for failure to prosecute. No response was filed, and no oral argument was heard.

    The case was filed December 22, 2004, when plaintiff John Coulter, III, was represented by counsel. His attorney was granted leave to withdraw from the case November 23, 2005, at which time the court gave Plaintiff thirty (30) days to either obtain counsel or file notice that he was appearing on his own behalf.

    More than 30 days have passed, and plaintiff Coulter as failed to obtain counsel and failed to notify the court that he is appearing on his own behalf. Pursuant to Rule 41(b) of the Federal Rules of Civil Procedure, the court will dismiss the action for Plaintiff's failure to prosecute his claims.

    It is hereby **ORDERED** that Defendants' February 9, 2006 motion to dismiss for failure to prosecute is **GRANTED.**

                                          s/John Corbett O'Meara
                                          John Corbett O'Meara
                                          United States District Judge

Dated:  May 10, 2006

Copies:

JenkMR@law.CI.Detroit.MI.US


John Coulter, III
In Pro Per
25524 Filmore  Place
Southfield, MI 48075